UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

UNITED STATES OF AMERICA,

                Plaintiff(s),                CASE  NO.: 07-CR-20073-5FL
                                              (07-M-30068-3FL)

vs.

                                     HON. PAUL V. GADOLA
                                     MAG. JUDGE STEVEN D. PEPE

GREGORY MARTIN,

                Defendant(s).

_____/

## ORDER MODIFYING CONDITIONS OF RELEASE

        This matter came before the Court based upon the request of the Pretrial Officer, who has indicated to the Court that there is no longer a need to perform urinalysis testing, nor is there any further need to have the Defendant submit to drug treatment in this case;

        **IT IS HEREBY ORDERED** that the Order Setting Conditions Of Release imposed upon the Defendant on March 15, 2007, is hereby modified as follows:

        Condition (q) which requires the Defendant to submit to urinalysis testing by the Pretrial Officer to determine if the Defendant is using a prohibited substance, is hereby rescinded.

        Condition ( r ) which requires the Defendant to participate in a program of either inpatient or outpatient substance abuse therapy and counseling, is hereby rescinded.

        All other conditions of bond previously imposed shall remain in effect.

**DATED:** April 17, 2007               s/ Steven D. Pepe
                                        **STEVEN D. PEPE**
                                        **UNITED STATES MAGISTRATE JUDGE**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2007 , I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: James C. Mitchell, AUSA, Joan E. Morgan, Esq. ,and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: Pretrial Officer, 600 Church St., Flint, MI 48502, U.S. Marshal, 600 Church St., Flint, MI 48502

         s/James P. Peltier
         James P. Peltier
         Courtroom Deputy Clerk
         United States District Court
         600 Church St.
         Flint, MI 48502
         810-341-7850
         pete__peltier@mied.uscourts.gov